```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

CEDRIC BISHOP,

        Plaintiff,

- against -

ARABIAN OUD USA FRANCHISOR, LLC,

        Defendant.

25-cv-2117 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **May 26, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            March 25, 2025

                                            John G. Koeltl
                                      United States District Judge