UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

CEDRIC BISHOP, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

              Plaintiffs,

        v.

ARABIAN OUD USA FRANCHISOR,
LLC,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:25-cv-2117

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without

fees and costs against Defendant, ARABIAN OUD USA FRANCHISOR, LLC.

Dated:   New York, New York
         May 22, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Dana L. Gottlieb, Esq. (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge